**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated, | No. C-06-6609 SC |
| Plaintiffs, | ORDER REGARDING ADDITIONAL DOCUMENTATION |
| v. | |
| BLUE SKY NATURAL BEVERAGE CO., a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation; and DOES 1 THROUGH 10. | |
| Defendants. | |

To facilitate the Court's review of Defendants' Motion to Dismiss, the Court hereby ORDERS Plaintiffs to offer evidence of their claims regarding Blue Sky soda.  The evidence should include pictures of the front and back of the can and an actual can.  All the geographic origin information described in paragraph 24 of the Complaint, must be visible on the evidence.  Plaintiffs should also provide evidence concerning the locations of the bottling plants.  The materials should be submitted within seven days of this Order.


IT IS SO ORDERED.


Dated: April 6, 2007

_____
UNITED STATES DISTRICT JUDGE