IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, on behalf on himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v<br><br>BLUE SKY NATURAL BEVERAGE CO, et al,<br><br>    Defendants.<br>                                     / | No   C 06-6609 VRW<br><br>ORDER |

The defendants shall, on or before October 15, 2009, produce documents in response to the outstanding document requests listed in Doc #58 at 2. In the event of further dispute regarding the adequacy of defendants' production, the parties shall bring the matter to the court's attention in a manner consistent with the court's standing order 1.5 not later than October 30, 2009.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge