IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, on behalf on himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v<br><br>BLUE SKY NATURAL BEVERAGE CO, et al,<br><br>    Defendants. | No   C 06-6609 VRW<br><br>ORDER |

On July 21, 2009, plaintiff filed a motion to strike defendants' affirmative defenses. Doc #57. In lieu of a response to plaintiff's motion, defendants filed an amended answer eliminating fourteen affirmative defenses and revising and reasserting five others. Doc #64. While defendants did not obtain leave prior to filing an amended answer, the court will nevertheless allow the amendment because it does not appear to prejudice plaintiff.

Defendants argue that their amended answer moots plaintiff's motion. Doc #65. The court will treat as waived the

fourteen affirmative defenses not asserted in defendants' amended answer.  But because defendants' amended answer continues to assert five affirmative defenses, those five affirmative defenses remain subject to plaintiff's motion to strike.

Defendants were obligated to oppose or state their non-opposition to plaintiff's motion.  Civ LR 7-3.  Because defendants have failed to address plaintiff's motion adequately, defendants are hereby ORDERED to SHOW CAUSE in writing, not later than October 5, 2009, why plaintiff's motion to strike defendants' five remaining affirmative defenses should not be granted.  The hearing currently scheduled for September 24, 2009 is VACATED.  In its place, the court will hold a hearing on the matter on October 15, 2009 at 10 AM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge