UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, | No. C-06-6609 VRW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' JOINT LETTER OF AUGUST 20, 2010** |
| BLUE SKY NATURAL BEVERAGE CO., *et al.*, | |
| Defendants. | **(Docket Nos. 136)** |
| _____/ | |

The Court has received the parties' joint letter dated August 20, 2010. Good cause appearing therefor, the Court hereby orders as follows.

Mr. Clark's deposition shall be taken at 3:00 p.m. on September 1, 2010. The parties may stipulate to an earlier time/date.

Mr. Hopkinson's deposition will be taken in Corona at Defendants' expense.

Defendants shall designate by August 27 which witnesses will respond to each of the noticed 30(b)(6) topics.

The data in footnote 1 to Plaintiff's letter of June 28 shall be produced by August 30, 2010.

The parties shall meet and confer immediately on Plaintiff's discovery requests listed on footnote 1 of their joint letter to the Court. Plaintiff is reminded of the rule of proportionality under Rule 26(b)(2)(C), and both parties are reminded of their obligations under Rule 26(g). If a complete stipulation as to the scope of these discovery requests is not reached, the parties shall submit a joint letter by August 27, each party setting forth its last offer of compromise as to each item in dispute.

1  Plaintiff shall submit to this Court a proposed order compelling compliance by VN Graphics.
2  This order disposes of Docket No. 136.

4  IT IS SO ORDERED.

6  Dated: August 25, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge