IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, on behalf on himself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v<br><br>BLUE SKY NATURAL BEVERAGE CO, et al,<br><br>        Defendants. | No   C 06-6609 VRW<br><br>ORDER |

        Counsel are DIRECTED to review the attached draft class action notices in preparation for the hearing scheduled for September 9, 2010 at 10 AM.

        IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge