**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    Due to the pending retirement of the undersigned, the clerk is directed to re-assign the following cases:

1. 10-1205 McKelvey v Globetrack Wireless Inc et al
2. 10-2475 Shared Memory Graphics Inc v Apple Inc et al
3. 08-5481, 09-1909 & 09-5360 Data Retrieval Technology v Sybase Inc & Informatica Corp
4. 06-6609 Chavez v Blue Sky Natural Beverage Co et al
5. 09-4621 High Sierra Hikers Assn v United States Department of the Interior et al
6. 09-1537 May v Unum Provident Corp
7. 03-3174 Berndt et al v California Department of Corrections et al
8. 10-1580 Reddic v Evans et al
9. 10-2156 Khan v Orkin Exterminating Company, Inc
10. 01-2252 Dukes et al v Wal-Mart Stores, Inc

11. 03-5116 Amkor Technology, Inc v Carsem (M) Sdn Bhd et al

12. 07-2852 In re TD Ameritrade Accountholder Litigation

13. 08-2582 Collier v Windsor Fire Protection District Board of Directors et al

14. 05-4977, 07-4781 & 07-5989 Pedraza v AUSD et al

15. 09-0457 Hayter v Clark

IT IS SO ORDERED.

Vaughn R Walker
United States District Judge

United States District Court
For the Northern District of California

2