**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS CHAVEZ, on behalf of himself and all other similarly situated,

    Plaintiff,

v.

BLUE SKY NATURAL BEVERAGE CO., et al.,

    Defendants.

No. C 06-06609 JSW

**ORDER VACATING HEARING**

This matter is currently set for a hearing on cross motions for summary judgment and motion to decertify the class on April 1, 2011, at 9:00 a.m. The Court has considered the parties' pleadings and finds the matter to be suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court HEREBY VACATES the hearing.

**IT IS SO ORDERED.**

Dated: March 30, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE