NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendants BLUE SKY NATURAL
BEVERAGE CO., HANSEN BEVERAGE COMPANY
and HANSEN NATURAL CORPORATION

ADAM J. GUTRIDE [SBN 181466]
SETH A. SAFIER [SBN 197427]
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, CA 94114
Telephone (415) 271-6469
Facsimile: (415) 449-6469

Attorneys for Plaintiff CHRIS CHAVEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SKY NATURAL BEVERAGE CO., a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 06-06609 JSW (EMC)<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S REPORT RE MOTION FOR SANCTIONS (DKT. #258)**<br><br>Judge: Hon. Edward M. Chen |

THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, STIPULATE THAT:

In light of the unavailability of counsel for Plaintiff on the date scheduled by the Court for this hearing (May 18, 2011 at 3:00 p.m.), the Parties agree that the hearing should be continued until May 25, 2011 at 2:30 p.m. The briefing schedule is unchanged.

DATED: 4/13/11          SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _s/William N. Kammer_
NORMAN L. SMITH
WILLIAM N. KAMMER
ALISON L. PIVONKA
Email wkammer@swsslaw.com
Attorneys for Defendants
BLUE SKY NATURAL BEVERAGE CO., HANSEN BEVERAGE COMPANY and HANSEN NATURAL CORPORATION

DATED: 4/13/11          GUTRIDE SAFIER, LLP

By: _s/ Adam Gutride_
ADAM J. GUTRIDE
SETH A SAFIER
Attorneys for Plaintiff
CHRIS CHAVEZ

IT IS SO ORDERED

DATED: 4/14/11

**IT IS SO ORDERED**
Judge Edward M. Chen
*(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)*