IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLUE SKY NATURAL BEVERAGE CO., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C06-6609 JSW (JSC)<br><br>**ORDER RE JOINT STATEMENT ON STATUS OF ISSUES RIPE FOR DECISION** |

On November 22, 2010, the District Court referred a motion for discovery sanctions, Doc #170-1, and a confidentiality dispute, see Doc #173, to Magistrate Judge Chen for resolution. These matters have been reassigned to Magistrate Judge Jacqueline Scott Corley.

On or before June 14, 2011, the parties are ordered to submit a joint statement, not to exceed five (5) pages, that identifies with specificity the issues that are currently pending before this Court.

**IT IS SO ORDERED.**

Dated: June 10, 2011　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE