1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SKY NATURAL BEVERAGE CO. a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. 3:06-CV-06609 JSW (JSC)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE JUNE 23, 2011 HEARING REGARDING PLAINTIFF'S DISCOVERY MOTION<br><br>Complaint Filed: September 21, 2006 |
|---|---|

1  The Court having considered the parties' joint stipulation to continue the June 23, 2011
2  hearing regarding plaintiff's discovery motion to July 7, 2011, and good cause appearing:
3  **IT IS ORDERED THAT:**
4  The hearing regarding plaintiff's discovery motion is continued to **July 7, 2011, at**
5  **9:00 a.m.**
6  **IT IS SO ORDERED.**

7  Dated: __6·15__, 2011        ___/s/ Jacqueline Scott Corley___
8                                Hon. Jacqueline Scott Corley
                                  United States Magistrate Judge