IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>BLUE SKY NATURAL BEVERAGE CO., et al.,<br><br>          Defendants. | Case No.: 06-06609 JSW (JSC)<br><br>**ORDER (1) GRANTING DEFENDANT'S MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT; (2) DENYING DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL; AND (3) DENYING PLAINTIFF'S MOTION TO FILE DOCUMENT UNDER SEAL (Dkt. Nos. 267, 268, 270.)** |

Now pending before the Court are Defendant's motion to remove an incorrectly filed document (Dkt. No. 267), Defendant's motion to file under seal (Dkt. No. 268), and Plaintiff's motion to file under seal (Dkt. No. 270).

Defendant's Administrative Motion to Remove Exhibit A to the Declaration of Kate Webb (Dkt. No. 267) requests that this declaration, filed on May 4, 2011 as Docket Number 266-4, be removed from the CM/ECF system and case file so that the Exhibit may be refiled without the confidential material. This motion is GRANTED.

Defendant's Motion To File Document Under Seal (Dkt. No. 268) states that "Blue Sky understands that defendants must support or withdraw their designations by submitting a declaration and proposed order to seal within seven (7) days." As this motion was filed on May 5, 2011 and no such declaration was since filed, this motion is DENIED as moot.

Plaintiff's Motion To File Document Under Seal (Dkt. No. 270) states that "Plaintiff understands that defendants must support or withdraw their designations by submitting a declaration and proposed order to seal within seven days." As this motion was filed on May 11, 2011 and no such declaration was since filed, this motion is DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 12, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE