# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SKY NATURAL BEVERAGE CO. a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. CV 06-06609 JSW (JSC)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO ESTABLISH PRETRIAL SCHEDULE<br><br>Complaint Filed:  September 21, 2006<br><br>Judge:  Honorable Jeffrey S. White<br>Dept:  Courtroom 11-19th Floor |

Plaintiffs Chris Chavez, an individual, on behalf of himself, the general public and those similarly situated, and Defendants Hansen Natural Corporation, Hansen Beverage Company, and Blue Sky Natural Beverage Co. (collectively, the "Parties"), filed a Joint Motion to Establish Pretrial Schedule.

Based on the Parties' Joint Motion and for GOOD CAUSE shown, the following deadlines are established:

1. Expert disclosure and reports due the earlier of eleven calendar weeks after any party terminates settlement discussions or February 16, 2012.

1     2. Expert rebuttal disclosure and reports due the earlier of ten calendar weeks after initial expert reports or April 26, 2012.

3. Expert discovery cut-off: May 17, 2012.

4. ~~*Daubert* motion hearing: June 22, 2012 / None~~

5. Final pretrial conference: ~~July 30, 2012 /~~ June 18, 2012 at 2:00 p.m.

6. Jury selection: ~~August 8, 2012 / June 27, 2012~~

7. Trial: ~~August 13, 2012 / July 2, 2012~~ July 9, 2012 at 8:00 a.m.

**IT IS SO ORDERED**

DATED: October 21, 2011

_____
Jeffrey S. White
U.S. District Judge

---

P:00665801:07565.073     - 2 -     CV 06-06609 JSW (JSC)
~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO ESTABLISH PRETRIAL SCHEDULE