# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BLUE SKY NATURAL BEVERAGE CO. a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 3:06-CV-06609 JSW (JSC)<br><br>[PROPOSED] ORDER ON STIPULATION IN RESPONSE TO ORDER DENYING MOTION FOR SANCTIONS (DKT.# 292)<br><br><br>Dept:　Courtroom F, 15th Floor<br>Judge:　Hon. Jacqueline Scott Corley |

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED:

1. The time for Plaintiff to move for leave to seek reconsideration of this Court's Order denying Plaintiff's request for sanctions (Dkt.# 292) (the "Order") shall be extended until the earlier of ten days after the termination of settlement discussions or December 11, 2011; and

2. The time for the Parties to file the joint written update on the additional discovery permitted by the Order and their meet and confer efforts shall be extended from October 21, 2011 until the earlier of seven days after the termination of settlement discussions or December 8, 2011.

**IT IS SO ORDERED.**

DATED: October 24, 2011

_____
Jacqueline Scott Corley
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

I caused **[PROPOSED] ORDER ON STIPULATION IN RESPONSE TO ORDER DENYING MOTION FOR SANCTIONS (DKT. #292)** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

| |
|---|
| Adam J. Gutride (Cal. State Bar No.181466) <br> Seth A. Safier (Cal. State Bar No. 197427) <br> Gutride Safier LLP <br> 835 Douglass Street <br> San Francisco, California 94114 <br> Telephone: (415) 271-6469 <br> Facsimile: (415) 449-6469 <br> Attorneys for Plaintiff |

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e–mail notices for this case (who therefore require manual noticing).

No one.

*s/ Tanya M. Schierling*
tschierling@swsslaw.com