Adam J. Gutride [SBN.181466]
Seth A. Safier [SBN. 197427]
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (415) 449-6469
    Class Counsel

Norman L. Smith [SBN 106344]
nsmith@swsslaw.com
Tanya M. Schierling [SBN 206984]
tschierling@swsslaw.com
Edward J. McIntyre [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755
    Attorneys for Defendants Blue Sky Natural
Beverage Co., Hansen Beverage Company
and Hansen Natural Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ, an individual, on behalf of himself, the general public and those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BLUE SKY NATURAL BEVERAGE CO. a foreign corporation; HANSEN BEVERAGE COMPANY, a foreign corporation; HANSEN NATURAL CORP., a foreign corporation; and DOES 1 THROUGH 10, inclusive,<br><br>        Defendants. | CASE NO. 3:06-CV-06609 JSW (JSC)<br><br>**JOINT STIPULATION FURTHER EXTENDING DEADLINES RE ORDER DENYING MOTION FOR SANCTIONS (DKT.# 292) AND [P~~ROPOSED~~] ORDER**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |

3:06-CV-06609 JSW (JSC)

**JOINT STIPULATION FURTHER EXTENDING DEADLINES RE ORDER DENYING MOTION FOR SANCTIONS (DKT.# 292) AND [P~~ROPOSED~~] ORDER**

1  The Parties, through their undersigned counsel, stipulate as follows:

2  WHEREAS, on October 12, 2011, the Court issued an Order denying Plaintiff's request

3  for sanctions (Dkt.# 292) (the "Order");

4  WHEREAS, on October 20, 2011, the Parties filed a stipulation (Dkt. # 295) requesting an

5  extension of certain deadlines in relation to the Order, in light of ongoing settlement discussions;

6  WHEREAS, on October 24, 2001, the Court, pursuant to the Parties' stipulation, ordered

7  (Dkt. # 297) that

8      1.    The time for Plaintiff to move for leave to seek reconsideration of the Order

9  shall be extended until ten days after the termination of settlement discussions, but in any event no

10 later than December 11, 2011; and

11     2.    The time for the Parties to file the joint written update on the additional

12 discovery permitted by the Order and their meet and confer efforts shall be extended from

13 October 21, 2011 until seven days after the termination of settlement discussions, but in any event

14 no later than December 8, 2011.

15 WHEREAS, the parties have made substantial progress in their settlement efforts and hope

16 to finalize a term sheet by December 9, 2011;

17 NOW, THEREFORE, the Parties agree, and respectfully request that the Court order, that:

18 1. The time for Plaintiff to move for leave to seek reconsideration of the Order shall be

19 extended until December 18, 2011; and

20 2. The time for the Parties to file the joint written update on the additional discovery

21 permitted by the Order and their meet and confer efforts shall be extended until December 15,

22 2011.

23 Respectfully submitted,

24 DATED: December 8, 2011    GUTRIDE SAFIER LLP

25

26 By: _s/ Adam J. Gutride_
    Adam J. Gutride
27     Seth A. Safier
    Attorneys for Chris Chavez, on behalf of himself
28     and others similarly situated

3:06-CV-06609 JSW (JSC)
**JOINT STIPULATION FURTHER EXTENDING DEADLINES RE ORDER DENYING MOTION FOR SANCTIONS (DKT.# 292) AND [~~PROPOSED~~] ORDER**

DATED: December 8, 2011          SOLOMON WARD SEIDENWURM & SMITH, LLP


By:   *s/ Edward J. McIntyre*
      Norman L. Smith
      Tanya M. Schierling
      Edward J. McIntyre
      Attorneys for Defendants

For GOOD CAUSE shown, IT IS SO ORDERED.

DATED: December 8, 2011

_____
Jacqueline Scott Corley
U.S. Magistrate Judge

3:06-CV-06609 JSW (JSC)
**JOINT STIPULATION FURTHER EXTENDING DEADLINES RE ORDER DENYING MOTION FOR SANCTIONS (DKT.# 292) AND [P~~ROPOSE~~D] ORDER**