United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CHAVEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>BLUE SKY NATURAL BEVERAGE CO., et al.,<br><br>          Defendants. | Case No.: C06-6609 JSW (JSC)<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION (Dkt. No. 301)** |

Now pending before the Court is Plaintiff's motion for leave to seek reconsideration. (Dkt. No. 301.) Having reviewed the motion, the Court grants Plaintiff leave to seek reconsideration. See Civil L.R. 7-9(b)(3). Defendants shall file a response to Plaintiff's motion for reconsideration on or before January 10, 2012.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE