**FILED**

APR 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Luis Mario Santana
2100 SW 20th Street
Miami, FL 33145
Ph: 786-877-0553
luis@santanamail.com

April 19, 2012

Clerk's Office
United States District Court
For the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Chavez v. Blue Sky natural Beverage Co., et. al.*, N.D. Cal. 06-cv-06609-JSW

Dear Clerk:

My name, address, and telephone number are as follows:

Luis Mario Santana
2100 SW 20th Street
Miami, FL 33145
Ph: 786-877-0553

I am a class member because I purchased beverages bearing the Blue Sky mark or brand between May 16, 2002 and June 30, 2006. I object to this settlement and to the proposed award of attorneys' fees and expenses.

I object to the claims process as being unreasonable and unfair. It is set up to drive down the number and amount of valid claims and to limit the settling defendants' liability. Without a proof of purchase, all class members receive is a coupon. No one saves proofs of purchase to soda from 6 years ago. The claims process is basically impossible. I sincerely doubt, given the requirements to file a claim, that the settling defendants will ever pay more than $10,000 in monetary claims. However, the attorneys' fees and expenses are a much different matter. That is to be paid in cash and is almost a million dollars. This is a settlement where class counsel is basically being paid ALL of the settlement proceeds. Nothing of any real value is provided to the class. The only real cost of this settlement to the settling defendants is the payment of incentive award, expenses and attorneys' fees. Objection is also made to the amount of the incentive award. That much money in this case would be too much of an influence on the class representative to say this settlement is a good deal for the class. The settlement is not fair, adequate and reasonable and the proponents have not discharged their burden of proof on that issue and the attorneys' fees, expenses and incentive awards are excessive under either a lodestar or percentage of recovery analysis.

Court
April 19, 2012
Page 2

I respectfully ask that this settlement be rejected in all respects and for the court to reject the proposed incentive award, expenses and fees sought.

I will not attend the fairness hearing, and I ask that this objection be submitted at the hearing for a decision.

Sincerely,

Luis Mario Santana

cc:  Adam Gurtride
     Gurtride Safier LLP
     835 Douglass St
     San Francisco, CA 94114
     Plaintiff's Lawyer

     Norman Smith
     Solomon Ward Seidenwurm & Smith, LLP
     401 B Street, Ste. 1200
     San Diego, California 92101
     Hansen's Lawyer